**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 2:24-CR-0009-JRG-RSP |
| | § | |
| JERRY DON PAYNE (06) | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Count Nine (9) of an indictment charging defendant with a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine.   Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea.   The parties waived their right to file objections to the Findings of Fact and Recommendation.   The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed April 29, 2026, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count Nine (9) of the indictment in the above-numbered cause.

**So ORDERED and SIGNED this 22nd day of May, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE